# First District Court of Appeal
## State of Florida

_____

No. 1D17-3972
_____

Maurice Antonio Mobley,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

February 27, 2019

Per Curiam.

Affirmed.

Bilbrey, Winokur, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Frank X. Moehrle, Jr., Assistant Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.